UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Deron LeMoyne Grinage,<br><br>    Petitioner<br><br>v.<br><br>United States of America,<br><br>    Respondent | Case No.: 2:24-cv-01741-APG-EJY<br><br>Order Dismissing Petition for Writ of Habeas Corpus |

Deron LeMoyne Grinage, a pretrial detainee in federal custody, appears to seek habeas relief under 28 U.S.C. § 2241 in relation to the revocation of pretrial release in his federal criminal matter. ECF No. 1-1; *see* 2:24-cr-00064-RFB-EJY. [1] It appears that this 28 U.S.C. € 2254 habeas action was opened in error. The petition filed in this case bears the criminal case number: 2:24-cr-00064-RFB-EJY. In fact, the same petition has been filed in his federal criminal case, which is the proper case in which to seek relief. *See id*. at ECF No. 109. The court therefore dismisses this case as opened in error.

I THEREFORE ORDER that this habeas action is **DISMISSED** as opened in error.

I FURTHER ORDER that a certificate of appealability will not issue.

I FURTHER ORDER that the Clerk of Court enter final judgment dismissing this petition and close this case.

DATED this 12th day of November, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] The court takes judicial notice of the docket in case number 2:24-cr-00064-RFB-EJY.